

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     James Daniel Green v. The State of Texas

Appellate case number:   01-19-00399-CR

Trial court case number:  18135

Trial court:             506th District Court of Grimes County

       Appellant's fourth motion for extension of time is **granted**. Appellant's brief is due March 13, 2020. **No further extensions will be granted.**

       It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
                           Acting individually


Date:  March 12, 2020